[925 NE2d 582, 898 NYS2d 544]

RAMONA ORTIZ, Respondent, v CITY OF NEW YORK, Appellant, and 240 WEST 98TH STREET ASSOCIATES et al., Respondents.

Decided March 25, 2010

**APPEARANCES OF COUNSEL**

*Michael A. Cardozo, Corporation Counsel*, New York City (*Deborah A. Brenner* of counsel), for appellant.

*Pollack, Pollack, Isaac & De Cicco*, New York City (*Brian J. Isaac* of counsel) for Ramona Ortiz, respondent.

*Flynn, Gibbons & Dowd*, New York City (*Lawrence A. Doris* of counsel), for 240 West 98th Street Associates, LLC and another, respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, reversed, with costs, defendant City of New York's motion for summary judgment granted, the complaint and all cross claims against the City of New York dismissed, and certified question answered in the negative. No triable issue of fact exists as to whether the City created a dangerous condition that caused plaintiff's injuries.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.